IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **EXTREME ENERGY SERVICES, LLC** | § | |
| | § | |
| **V.** | § | **CIVIL ACTION NO.: 4:15-cv-2381** |
| | § | |
| **EOG RESOURCES, INC.** | § | |

## VOLUNTARY DISMISSAL WITHOUT PREJUDICE

**NOW COMES** Plaintiff, Extreme Energy Services, LLC ("Extreme"), who hereby voluntarily dismisses without prejudice its claim against EOG Resources, Inc. in accordance with Rule 41(a)(1) of the Federal Civil Judicial Procedure and Rules.

**Respectfully Submitted:**

| | |
|---|---|
| **DAIGLE FISSE & KESSENICH, PLC** | **W. SEAN O'NEIL, ATTORNEY AT LAW** |
| /s/Michael W. McMahon | /s/W. Sean O'Neil |
| Michael W. McMahon (#24044065) | W. Sean O'Neil (# 24033807) |
| P.O. Box 5350 | 1880 S. Dairy Ashford Street |
| Covington, LA  70434-5350 | Suite 208 |
| Fax: 985/871-0899 | Houston, TX 77077 |
| Email: mmcmahon@daiglefisse.com | Tel: 281/496-0193 |
| *Co-Counsel for Plaintiff, Extreme Energy Services, LLC* | Fax: 281/496-0680 |
| | Email: wsoneil@wsolaw.com |
| | *Co-Counsel for Plaintiff, Extreme Energy Services, LLC* |

## CERTIFICATE OF SERVICE

I do hereby certify that a copy of the above and foregoing has been served upon all counsel of record by electronic notice in accordance with Local Rules to those counsel receiving electronic notice, and all others by depositing same in the United States Mail, postage prepaid and properly addressed, this 17th day of September, 2015.

/s/ Michael W. McMahon

MICHAEL W. McMAHON