IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Extreme Energy Services, LLC,<br>　　　　Plaintiff, | §<br>§<br>§ | |
| v. | § | CIVIL ACTION NO. H-15-2381 |
| | § | |
| EOG Resources, Inc.,<br>　　　　Defendant. | §<br>§<br>§ | |

## O R D E R

In accordance with the Notice of Dismissal filed on September 17, 2015 (docket entry no. 7), this action is dismissed without prejudice.

**SIGNED** at Houston, Texas, on this 17th day of September, 2015.

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE